**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| IN RE: APPEAL OF PROSPECT CROZER LLC FROM THE DECISION OF THE BOARD OF ASSESSMENT APPEALS OF DELAWARE COUNTY, PA | : No. 35 MM 2022<br>:<br>:<br>:<br>:<br>:<br>: |
| PETITION OF: CHESTER UPLAND SCHOOL DISTRICT AND CITY OF CHESTER | :<br>:<br>: |
| IN RE: APPEAL OF PROSPECT CROZER LLC TAX ASSESSMENT APPEALS | : No. 36 MM 2022<br>:<br>:<br>:<br>: |
| PETITION OF: CHESTER UPLAND SCHOOL DISTRICT AND CITY OF CHESTER | :<br>:<br>: |
| CHESTER UPLAND SCHOOL DISTRICT, | : No. 37 MM 2022<br>: |
| Petitioner | :<br>:<br>:<br>: |
| v. | :<br>:<br>: |
| CHESTER CITY BOARD OF REVISION OF TAXES AND APPEALS, PROSPECT CROZER LLC, CITY OF CHESTER, CROZER-KEYSTONE HEALTH SYSTEM, AND UPLAND BOROUGH, | :<br>:<br>:<br>:<br>:<br>: |
| Respondents | : |
| IN RE: APPEAL OF PROSPECT CROZER LLC FROM THE DECISION OF THE BOARD OF ASSESSMENT APPEALS OF DELAWARE COUNTY, PA | : No. 38 MM 2022<br>:<br>:<br>:<br>:<br>: |
| PETITION OF: SPRINGFIELD SCHOOL DISTRICT & SPRINGFIELD TOWNSHIP | :<br>: |

**<u>ORDER</u>**

**PER CURIAM**

  **AND NOW**, this 10th day of August, 2022, the Application for Extraordinary Relief is DENIED.